[No. 2106-1.   Division One.   July 8, 1974.]

BIRGITTE SHANNON et al., *Appellants,* v. THE STATE OF WASHINGTON, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 46474, Hobart S. Dawson, J., entered De-

cember 22, 1972. *Affirmed* by unpublished opinion per Callow, J., concurred in by Horowitz and James, JJ.